1

2

3

4

5                        UNITED STATES DISTRICT COURT

6                             DISTRICT OF NEVADA

7                                    * * *

8    STEPHEN G. DENIGRIS, ESQ.        )
                                      )
9              Plaintiff,             )        2:11-cv-119-JCM-RJJ
                                      )
10   vs.                              )
                                      )
11   LAS VEGAS POLICE MANAGERS        )            O R D E R
     AND SUPERVISORS ASSOCIATION,     )
12   INC.,                            )
                                      )
13             Defendant,             )
     _____)

14

15          This matter is before the Court on Plaintiff's Motion to Compel Discovery Responses or

     in the Alternative For Leave to Serve Additional Interrogatories (#20).
16

17          The Court having reviewed the Motion (#20) and the Response (#27) and good cause

     appearing therefore,
18

19          IT IS HEREBY ORDERED that Plaintiff's Motion to Compel Discovery Responses or in

20   the Alternative For Leave to Serve Additional Interrogatories (#20) is GRANTED.

21          IT IS FURTHER ORDERED that responses are due on or before March 2, 2012.

22          IT IS FURTHER ORDERED that no claim of privilege is allowed where a privilege log

23   has not been previously provided in compliance with Fed. R. Civ. P. 26(b)(5)(A).

24          IT IS FURTHER ORDERED that Plaintiff's request for leave to serve additional

     interrogatories is GRANTED.
25

26          DATED this   15th   day of February, 2012.

27

28                                            _____
                                              ROBERT J. JOHNSTON
                                              United States Magistrate Judge