1
2
3
4
5           UNITED STATES DISTRICT COURT
6                DISTRICT OF NEVADA
7                      * * *
8   STEPHEN G. DENIGRIS, ESQ.          )
                                        )
9           Plaintiff,                  )        2:11-cv-119-JCM-RJJ
                                        )
10  vs.                                 )
                                        )
11  LAS VEGAS POLICE MANAGERS           )            O R D E R
    AND SUPERVISORS ASSOCIATION,        )
12  INC.,                               )
                                        )
13          Defendant,                  )
    _____ )
14

15          This matter is before the Court on Plaintiff's Motion to Compel Discovery Responses or

16  in the Alternative For Leave to Serve Additional Interrogatories (#20).

17          The Court having reviewed the Motion (#20) and the Response (#27) and good cause

18  appearing therefore,

19          IT IS HEREBY ORDERED that Plaintiff's Motion to Compel Discovery Responses or in

20  the Alternative For Leave to Serve Additional Interrogatories (#20) is GRANTED.

21          IT IS FURTHER ORDERED that responses are due on or before March 2, 2012.

22          IT IS FURTHER ORDERED that no claim of privilege is allowed where a privilege log

23  has not been previously provided in compliance with Fed. R. Civ. P. 26(b)(5)(A).

24          IT IS FURTHER ORDERED that Plaintiff's request for leave to serve additional

25  interrogatories is GRANTED.

26          DATED this  15th  day of February, 2012.

27
                                        _____
28                                       ROBERT J. JOHNSTON
                                         United States Magistrate Judge