John P. Aldrich
Nevada State Bar No. 6877
**ALDRICH LAW FIRM, LTD.**
1601 S. Rainbow Blvd. Suite 160
Las Vegas, NV 89146
(702) 853-5490
(702) 227-1975 *(fax)*
*Attorney for Defendants*

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| STEPHEN G. DeNIGRIS, ESQ.,<br><br>Plaintiff,<br><br>vs.<br><br>LAS VEGAS POLICE MANAGERS AND SUPERVISORS ASSOCIATION, INC.,<br><br>Defendant. | Case No.: 11-CV-00119-JCM-NJK<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE OF DEFENDANT PAUL PAGE** |

Plaintiff, STEPHEN G. DeNIGRIS, ESQ., by and through his attorney of record, James M. Baker, Esq., of Castro & Baker, LLP, and Defendant, Paul Page, by and through his attorney of record, John P. Aldrich, Esq. of the Aldrich Law Firm, Ltd., hereby stipulate and agree as follows:

**IT IS HEREBY STIPULATED AND AGREED** that Defendant PAUL PAGE only be dismissed with prejudice from the litigation filed by Plaintiff.

DATED this 12th day of August, 2013.

| | |
|---|---|
| **ALDRICH LAW FIRM, LTD.** | **CASTRO & BAKER, LLP** |
| */s/ John P. Aldrich*<br>John P. Aldrich, Esq.<br>Nevada Bar No. 6877<br>1601 S. Rainbow Blvd., Suite 160<br>Las Vegas, NV 89146<br>(702) 853-5490<br>*Attorney for Defendants* | */s/ James M. Baker*<br>James Baker, Esq.<br>Nevada Bar No. 6166<br>6600 Amelia Earhart Ct., Suite C<br>Las Vegas, NV 89119<br>(702) 456-2542<br>*Attorney for Plaintiff* |

## [PROPOSED] ORDER

**IT IS HEREBY ORDERED** that Defendant PAUL PAGE only be dismissed with prejudice from the litigation filed by Plaintiff.

DATED August 13, 2013.

_____
UNITED STATES DISTRICT JUDGE

Respectfully submitted by:

**ALDRICH LAW FIRM, LTD.**

_____
John P. Aldrich, Esq.
1601 S. Rainbow Blvd., Suite 160
Las Vegas, NV 89146
(702) 853-5490
*Attorney for Defendant*